FILED
CLERK, U.S. DISTRICT COURT

5/14/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY GONZALES, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>SILVERLINK RESORTS LTD., a British Virgin Islands corporation and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 2:18-CV-08757-JAK-MAA<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDCE (DKT. 49)**<br><br>Complaint filed: October 11, 2018 |

1  The Court, having considered the parties' Stipulation for Dismissal Pursuant to
2  Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with
3  prejudice Plaintiff's Complaint in the above-entitled action.  Each party shall bear its
4  own costs and attorneys' fees.

6  IT IS SO ORDERED.

8  Dated:  May 14, 2020      _____
                              John A. Kronstadt
                              United States District Judge